WILSHIRE LAW FIRM
Douglas Weisband, Bar No. 332262
Catharine McGlynn, Bar No. 341866
3055 Wilshire Blvd. 12th floor
Los Angeles, CA 90010
Tel:   +1.213.381.9988
Fax:   +1.213.381.9989
dweisband@wilshirelawfirm.com

Attorneys for Plaintiff
KELVIN SILMON

MORGAN, LEWIS & BOCKIUS LLP
Roshni C. Kapoor, Bar No. 310612
Grace Johnson, Bar No. 348394
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:     +1.415.442.1000
Fax:     +1.415.442.1001
roshni.kapoor@morganlewis.com
grace.johnson@morganlewis.com

Attorneys for Defendant
TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SILMON, an individual, | Case No. 2:24-cv-01666-JAM-JDP |
| Plaintiff, | **STIPULATION AND ORDER TO ARBITRATE AND STAY ACTION PENDING COMPLETION OF ARBITRATION** |
| vs. | |
| TESLA MOTORS, INC., a Delaware corporation; and DOES 1 through 30, inclusive, | |
| Defendants. | Complaint Filed: May 6, 2024 Action Removed: June 10, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER TO
ARBITRATE AND STAY ACTION Case
No. 2:24-cv-01666

Plaintiff Kelvin Silmon and Defendant Tesla Motors, Inc. ("Tesla") (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on May 6, 2024, Plaintiff filed a complaint against Tesla and DOES 1 through 30 in the Superior Court of California for the County of San Joaquin, case number STK-CV-UOE-2024-5377 (the "Action")  alleging eight causes of action for: (1) discrimination based on sex/gender; (2) disability-based associational discrimination; (3) failure to prevent discriminatory practices; (4) failure to provide California Family Rights Act Leave; (5) interference with California Family Rights Act Leave; (6) Retaliation for Requesting/Taking California Family Rights Act Leave; (7) wrongful termination in violation of public policy; and (8) unlawful business practices;

WHEREAS, on June 10, 2024, Tesla removed the Action to this Court on the basis of diversity jurisdiction;

WHEREAS, Plaintiff and Defendant are parties to the Mutual Arbitration Agreement, a copy of which is attached to this Stipulation as Exhibit 1;

WHEREAS, the Parties agree that Plaintiff's claims against Tesla in this action will be resolved by binding arbitration pursuant to the terms of the Mutual Arbitration Agreement;

WHEREAS, in light of the Parties' agreement to resolve this action by binding arbitration, the Parties request the Court issue an Order staying the matter and referring the matter to binding arbitration.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, as follows:

1.      Plaintiff shall submit all of his claims, including the claims asserted in the Action, against Tesla to JAMS arbitration pursuant to the Mutual Arbitration Agreement.

2.      All proceedings in this Court shall be stayed pending completion of the arbitration.

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION AND ORDER TO
ARBITRATE AND STAY ACTION Case
No. 2:24-cv-01666

**IT IS SO STIPULATED.**

Dated: July 10, 2024                    MORGAN, LEWIS & BOCKIUS LLP


By  */s/ Roshni C. Kapoor*
    Roshni C. Kapoor
    Grace Johnson

    Attorneys for Defendant
    TESLA MOTORS, INC.

Dated: July 10, 2024                    WILSHIRE LAW FIRM


By  */s/ Douglas Weisband*
    Douglas Weisband
    Catharine McGlynn

    Attorneys for Plaintiff
    KELVIN SILMON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION AND ORDER TO
ARBITRATE AND STAY ACTION Case
No. 2:24-cv-01666

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is

submitted, concur in the filing's content and have authorized the filing.

Dated: July 10, 2024                    MORGAN, LEWIS & BOCKIUS LLP


By   */s/ Roshni C. Kapoor*
     Roshni C. Kapoor
     Grace Johnson

     Attorneys for Defendant
     TESLA MOTORS, INC.

STIPULATION AND ORDER TO
ARBITRATE AND STAY ACTION Case
No. 2:24-cv-01666

WILSHIRE LAW FIRM
Douglas Weisband, Bar No. 332262
Catharine McGlynn, Bar No. 341866
3055 Wilshire Blvd. 12th floor
Los Angeles, CA 90010
Tel:   +1.213.381.9988
Fax:   +1.213.381.9989
dweisband@wilshirelawfirm.com

Attorneys for Plaintiff
KELVIN SILMON

MORGAN, LEWIS & BOCKIUS LLP
Roshni C. Kapoor, Bar No. 310612
Grace Johnson, Bar No. 348394
One Market, Spear Street Tower
San Francisco, CA 94105
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001
roshni.kapoor@morganlewis.com
grace.johnson@morganlewis.com

Attorneys for Defendant
TESLA MOTORS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SILMON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TESLA MOTORS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:24-cv-01666-JAM-JDP<br><br>**ORDER TO ARBITRATE AND STAY ACTION PENDING COMPLETION OF ARBITRATION**<br><br>Complaint Filed: May 6, 2024<br>Action Removed: June 10, 2024 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORDER TO ARBITRATE
AND STAY ACTION
Case No. 2:24-cv-01666

1

### **ORDER**

2     By the stipulation of the Parties, by and through their respective counsel, and good cause

3 having been shown, the Court hereby **GRANTS** the Parties' stipulation and orders as follows:

4     1.     Plaintiff's claims against Tesla shall be resolved in binding arbitration pursuant to

5 the terms of the Parties' Arbitration Agreement;

6     2.     This action is **STAYED** pending the completion of binding arbitration pursuant to

7 the terms of the Arbitration Agreement;

8     3.     All upcoming dates and deadlines are **VACATED**; and

9     4.     The parties are **DIRECTED** to file a joint status report within 30 days after a final

10 arbitration order is issued.

11

12   Dated: Dated: July 12, 2024                    /s/ John A. Mendez
                                          _____
                                          THE HONORABLE JOHN A. MENDEZ
13                                        SENIOR UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28