# UNITED STATES DISTRICT COURT

Eastern **District of** California

Kelvin Silmon

Plaintiff (s),

V.

Tesla Motors, Inc.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:24-cv-01666-JAM-JDP

Notice is hereby given that, subject to approval by the court, Defendant Tesla, Inc. (erroneously sued as Tesla Motors, Inc.) substitutes
(Party (s) Name)

VINCENT J. ADAMS , State Bar No. 249696 as counsel of record in
(Name of New Attorney)

place of Roshni Chaudhari Kapoor (Morgan, Lewis & Bockius LLP) .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Tesla, Inc.
Address: 31353 Huntwood Avenue, Haywood, CA 94544
Telephone: (510) 951-1237         Facsimile
E-Mail (Optional): viadams@tesla.com

I consent to the above substitution.
Date: 4/1/2025

*[signature]*
(Signature of Party (s))

I consent to being substituted.
Date: 4/1/2025

*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/1/2025

*[signature: Vincent J. Adams]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]