Nathan Kingery, Esq. (SBN 309920)
nathan.kingery@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Tel: (213) 381-9988
Fax: (213) 381-9989

Attorneys for Plaintiff
KELVIN SILMON

Hassan Aburish (SBN 301458)
TESLA, INC.
31353 Huntwood Avenue
Hayward, CA 94544
Telephone: (510) 951-1237
viadams@tesla.com

Attorney for Respondent
TESLA, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**WILSHIRE LAW FIRM**
A Professional Law Corporation
Los Angeles, California

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Kelvin Silmon, an individual,

          Plaintiff.

-vs.-

Tesla, Inc.

          Defendants.

Case No: 2:24-cv-01666-JAM-JDP

Assigned to: Senior District Judge John A. Mendez
Referred to: Magistrate Judge Jeremy D. Peterson

STIPULATION OF DISMISSAL (F.R.C.P. RULE 41(A)(II)) AND ORDER OF DISMISSAL

     Plaintiff Kelvin Silmon and Defendant Tesla, Inc. hereby stipulate under

Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) that this action be dismissed

- 1 -

with prejudice as to all claims, causes of action, and parties, with each party bearing

that party's own attorney's fees and costs.

Dated: January 16, 2026

**WILSHIRE LAW FIRM**
A Professional Law Corporation

By:_____

Nathan Kingery, Esq.
Attorney for Plaintiff, Kelvin Silmon

DATED: January 16, 2026

TESLA, INC.

By: _____

Hassan Aburish
Attorney for Respondent Tesla, Inc.

**WILSHIRE LAW FIRM**
A Professional Law Corporation
Los Angeles, California

- 2 -

1

## ORDER OF DISMISSAL

2

3        Pursuant to the stipulation of the parties under <u>Federal Rule of Civil Procedure</u>

4  41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS,

5  DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with

6  each party bearing that party's own attorney's fees and costs. The Clerk is

7

8  directed to close the file.

9  Dated: _____, 2026          _____

10                                 Honorable John A. Mendez.
                                   Senior District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM**
A Professional Law Corporation
Los Angeles, California