Nathan Kingery, Esq. (SBN 309920)
nathan.kingery@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa Street, Sky Lobby
Los Angeles, California 90017
Tel: (213) 381-9988
Fax: (213) 381-9989

Attorneys for Plaintiff
KELVIN SILMON

Hassan Aburish (SBN 301458)
TESLA, INC.
31353 Huntwood Avenue
Hayward, CA 94544
Telephone: (510) 951-1237
haburish@tesla.com

Attorney for Respondent
TESLA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN SILMON, an individual,<br><br>          Plaintiff.<br><br>-vs.-<br><br><br>TESLA MOTORS, INC.,<br><br>          Defendant. | Case No: 2:24-cv-01666-JAM-JDP<br><br>Assigned to: Senior District Judge John A. Mendez<br>Referred to: Magistrate Judge Jeremy D. Peterson<br><br>**STIPULATION AND ORDER OF DISMISSAL (F.R.C.P. RULE 41(A)(II))** |

Plaintiff Kelvin Silmon and Defendant Tesla, Inc. hereby stipulate under

Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii) that this action be dismissed

*WILSHIRE LAW FIRM*
*A Professional Law Corporation*
*Los Angeles, California*

- 1 -

with prejudice as to all claims, causes of action, and parties, with each party bearing

that party's own attorney's fees and costs.

Dated: January 16, 2026

**WILSHIRE LAW FIRM**
A Professional Law Corporation

By:_____

Nathan Kingery, Esq.
Attorney for Plaintiff, Kelvin Silmon

DATED: January 16, 2026

TESLA, INC.

/s/ Hassan Aburish
By: _____
Hassan Aburish
Attorney for Respondent Tesla, Inc.

STIPULATION AND ORDER TO DISMISS

**WILSHIRE LAW FIRM**
A Professional Law Corporation
Los Angeles, California

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under <u>Federal Rule of Civil Procedure</u> 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The stay previously issued by this Court is **LIFTED**.

The Clerk is **DIRECTED** to **CLOSE** the file.

Dated: February 03, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO DISMISS

WILSHIRE LAW FIRM
A Professional Law Corporation
Los Angeles, California